IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN M. RILEY, Jr., | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 17-cv-904-JPG-CJP |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff John M. Riley, Jr.

**DATED:** June 15, 2018

                                         **JUSTINE FLANAGAN,**
                                         **Acting Clerk of Court**

                                         **BY:s/Tina Gray**
                                              **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**